Law Offices of
**Susan K. Marcus**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆E: susan@skmarcuslaw

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2017
```

April 4, 2017

VIA ECF

Honorable Paul A. Engelmayer
Honorable Katherine P. Failla
40 Foley Square
New York, NY 10007

In Re:  *United States v. Rivera*, 15-CR-877 (PAE)
        *United States v. Rivera*, 17-CR-206 (KPF)

Dear Judges Engelmayer and Failla:

    I write to request, pursuant to Rule 13 of the of the Federal Rules of Criminal Procedure and Local Rule 13 that the above-referenced cases be consolidated in front of Judge Engelmayer for plea and sentencing. The new case (17-CR-206) stems from conduct in the Eastern District of New York after Mr. Rivera was arrested and detained on the original case (15-CR-877). All parties, including the Eastern District of New York United States Attorney, the Southern District of New York United States Attorney, and Mr. Rivera, consented pursuant to Rule 20 to a transfer of the Eastern District Case to the Southern District for purpose of plea and sentencing. A joint plea agreement, encompassing all charges in both districts, has been signed by all parties.

    In the interest of justice and judicial efficiency, Mr. Rivera requests that the new case (17-CR-206) be transferred to Judge Engelmayer for plea and sentencing, who presided over the first case for over one year as well as the pleas and sentences of Mr. Rivera's codefendants.

    The Government consents to the transfer.

Sincerely,

/s/ Susan K. Marcus
Susan K. Marcus, Esq.
Attorney for Jesse Rivera

This request having been GRANTED, the Clerk of Court is requested to terminate the motions at Dkt. No. 205 in 15 Cr. 877 and Dkt. No. 3 in 17 Cr. 206.

SO ORDERED.    4/6/2017

_____
PAUL A. ENGELMAYER
United States District Judge