UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JESSE RIVERA,

                    Defendant.

15-CR-877-02 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has been notified by the Probation Department that defendant Rivera is eligible to move for sentence reduction under Sentencing Guidelines Amendment 821. The Court reappoints Susan Marcus, Esq., to represent Mr. Rivera in connection with that motion. To assure the prompt resolution of any such motion, the Court directs Ms. Marcus to make any motion for sentence reduction by February 29, 2024. The Government's opposition is due March 7, 2024.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 31, 2024
      New York, New York