Law Firm of
**Susan K Marcus LLC**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆E: susan@skmarcuslaw.com

June 3, 2024

<u>VIA ECF</u>

Honorable Paul A. Engelmayer
United States District Court
40 Foley Square
New York, NY 10007

In re: *United States v. Torres* 15-CR-877 (on behalf of Jesse Rivera)

Dear Judge Engelmayer:

    This request is submitted on behalf of Mr. Jesse Rivera. The court set a briefing schedule regarding Mr. Rivera's eligibility for a sentence reduction under the Sentencing Guidelines Amendment 821, with my motion to be filed June 10, 2024. I have not been able to schedule a legal call with Mr. Rivera at the facility where he is currently housed. I am requesting an additional two weeks to file my motion to be able to consult with Mr. Rivera before filing my motion. AUSA Lisa Daniels consents to the additional time.

    Thank you for your consideration of this request.

Respectfully submitted,

Susan K. Marcus, Esq.
Attorney for Jesse Rivera

Granted.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge
June 4, 2024